63 A.3d 221

IN THE MATTER OF MICHAEL A. CASALE,
AN ATTORNEY AT LAW.

April 17, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–143, concluding that **MICHAEL A. CASALE** of **FAIRFIELD,** who was admitted to the bar of this State in 1973, should be suspended from the practice of law for a period of three years for violating *RPC* 1.7(b)(conflict of interest)(now *RPC* 1.7(a)(2));

And respondent having been ordered to show cause why he should not be disciplined as provided in *Rule* 1:20–15A;

And good cause appearing;

It is ORDERED that **MICHAEL A. CASALE** is suspended from the practice of law for a period of three years and until the further Order of the Court, effective May 17, 2013; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.